Mark A. BELL, Plaintiff—Appellant,

v.

I. KOLONGO, Doctor; Mr. Cherry, Superintendent; Captain Hatchett, Director of Jail Operations, Defendants—Appellees,

and

Lieutenant Fox, Defendant.

No. 04–7804.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 7, 2005.

Mark A. Bell, Jarratt, VA, pro se.

John David McChesney, Rawls & McNelis, PC, Richmond, VA, Jeff Wayne Rosen, Pender & Coward, PC, Virginia Beach, VA, for Defendant–Appellee.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark A. Bell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bell v. Kolongo,* No. CA–03–501 (E.D. Va. filed Oct. 25 & entered Oct. 26, 2004). We deny Bell's request in his informal brief for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*